# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00033-MR

| | |
|---|---|
| **JAMES LELAND BAILEY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **ANDREW SAUL, Commissioner of** ) <br> **Social Security,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2].

The Plaintiff seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. [Doc. 2]. Upon review of the application, it appears that the Plaintiff lacks the resources with which to pay the required filing fee. Accordingly, the Court finds that the application should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Application [Doc. 2] is **GRANTED**, and the Plaintiff shall be allowed to proceed without prepayment of the filing fee or giving security therefor.

**IT IS FURTHER ORDERED** as follows:

(1) Plaintiff's counsel shall prepare summonses for all appropriate parties and submit the summons to the Clerk via Cyberclerk within seven (7) days of entry of this Order;

(2) Upon receipt of the summons, the Clerk shall deliver process to the United States Marshal for service; and

(3) The United States Marshal shall serve process upon the Defendant at the expense of the United States Government. Although the United States Marshal shall serve process in this action, it remains the responsibility of counsel to make sure that process is effected.

**IT IS SO ORDERED.**

Signed: February 16, 2021

Martin Reidinger
Chief United States District Judge